CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT - 9 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JAMES ELDON FERRELL, JR., <br> Plaintiff, | Civil Action No. 7:07cv00451 |
| v. | **ORDER** |
| ANN HEATWOLE, et al., <br> Defendants. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1), all other pending motions are hereby **DENIED**, and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to plaintiff and counsel of record for defendants, if known.

**ENTER**: This 9th day of October, 2007.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE